2

TRUDI G. MANFREDO, Bar No. 166474
THE LAW OFFICE OF TRUDI G. MANFREDO
377 W. Fallbrook Ave., Ste. 102
Fresno, California 93711
Telephone: (559) 242-5577
Facsimile: (559) 513-8148

Attorney for Peter L. Fear
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| In the Matter of<br><br>CHRIS C. KATELEY and.<br>KIMBERLY D. KATELEY,<br><br>Debtors. | Case No. 16-10771-B-7<br><br>Chapter 7<br><br>DC#: TGM-3<br><br>Date: April 12, 2017<br>Time: 9:30 a.m.<br>Dept.: B, Courtroom 13, Fresno<br>Honorable Rene Lastreto, II |

**TRUSTEE'S MOTION TO APPROVE STIPULATION TO SELL CO-OWNED REAL PROPERTY**

PETER L. FEAR, Chapter 7 Trustee of the above-captioned case ("Trustee"), respectfully represents as follows:

1. Trustee is the duly appointed qualified and acting Trustee of the above-referenced Bankruptcy Estate.

2. The court has jurisdiction over this motion by virtue of 28 U.S.C. section 1334. This is a core matter under 28 U.S.C. section 157(b)(2)(A).

3. The bankruptcy estate has an undivided one half interest in the real property located at 1800 E. Country Court, Visalia, California ("Real Property") more particularly described on **Exhibit**

**1,** filed concurrently herewith and incorporated herein by reference.

4. Title to the other undivided one half interest is held by Paul Saenz ("Saenz").

5. The Trustee and Saenz have agreed that the Trustee will sell this co-owned Real Property pursuant to the terms and conditions of 11 U.S.C. section 363(h). **Exhibit 2,** filed concurrently herewith and incorporated herein by reference, is the Stipulation to Sell Co-Owned Real Property signed by Saenz.

6. Saenz has a right of first refusal with regard to the sale of the Real Property.

7. If a sale is consummated, Saenz will receive net proceeds in accordance with his interest in the property. Net proceeds would be those proceeds remaining after deducting the amounts necessary to pay all valid liens, encumbrances and charges against the property and all costs and expenses (other than the trustee's compensation) including the real estate broker's commission.

WHEREFORE, Trustee prays that he be authorized to sell the co-owned real property located at 1800 E. Country Court, Visalia, California.

Dated: 3-10-17

/s/ TRUDI G. MANFREDO
Trudi G. Manfredo
Attorney for Trustee